```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21036
    JANICE AUSTIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-5710


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/21/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG         .00             .00             .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE         .00             .00             .00
AMERICREDIT FINANCIAL SV SECURED VEHIC    16287.75         1142.76         4305.60
CITY OF CHICAGO WATER DE SECURED            250.00             .00          250.00
AMERICREDIT FINANCIAL SE UNSEC W/INTER NOT FILED               .00             .00
CODILIS & ASSOCIATES ^   NOTICE ONLY   NOT FILED               .00             .00
US CELLULAR CHICAGO      UNSEC W/INTER NOT FILED               .00             .00
AT&T LAW DEPARTMENT      UNSEC W/INTER NOT FILED               .00             .00
GUARANTY BANK            UNSEC W/INTER NOT FILED               .00             .00
ISAC                     UNSEC W/INTER   3129.03               .00             .00
JACKSON MORTUARY         UNSEC W/INTER NOT FILED               .00             .00
ORCHARD BANK             UNSEC W/INTER NOT FILED               .00             .00
PAYDAY LOAN              UNSEC W/INTER NOT FILED               .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   3410.98               .00             .00
UNIVERSITY OF CHICAGO PH UNSEC W/INTER NOT FILED               .00             .00
AMERICREDIT FINANCIAL SV SECURED NOT I    445.00               .00             .00
LEGAL HELPERS PC         DEBTOR ATTY    2,200.00                           1,697.34
TOM VAUGHN               TRUSTEE                                             618.68
DEBTOR REFUND            REFUND                                            1,336.86

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               9,351.24

PRIORITY                                        .00
SECURED                                    4,555.60
    INTEREST                               1,142.76
UNSECURED                                       .00
ADMINISTRATIVE                             1,697.34
TRUSTEE COMPENSATION                         618.68

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 21036 JANICE AUSTIN
```

```
DEBTOR REFUND                                                  1,336.86
                                        ---------------   ---------------
TOTALS                                        9,351.24          9,351.24
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/29/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```